## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

HELSON PABON GONZALEZ,

       JUDGMENT IN A CIVIL CASE

    Plaintiff,

       17-cv-852-jdp

v.

CP. FLANNERY,

    Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 12/12/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |